160 A.3d 554

**NACHBAUER**

v.

**BD. OF APPEALS, DEPT. OF LABOR, LICENSING & REGULATION**

**Pet. Docket No. 453, Sept. Term, 2016**

Court of Appeals of Maryland.

May 22, 2017

(Nos. 24–C–1 1–003714 & 24–C–13–001429, Circuit Court for Baltimore City).

Petition for writ of certiorari denied.

■

160 A.3d 554

**NICHOLS, Daryl**

v.

**STATE of Maryland**

**Pet. Docket No. 108, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Pending in the Court of Special Appeals (No. 1277, Sept. Term, 2016).

Petition for writ of certiorari denied.